UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| USA,<br><br>    Plaintiff,<br><br>    v.<br><br>ANGEL GUZMAN GONZALEZ,<br><br>    Defendant. | Case No. 11-cr-00572-SI-2<br><br>**ORDER DENYING DEFENDANT'S MOTION TO REDUCE SENTENCE**<br><br>Re: Dkt. No. 281 |

Pursuant to the Court's judgment of August 24, 2016, defendant Angel Guzman Gonzalez is serving a term of 96 months after pleading guilty to conspiracy to distribute methamphetamine pursuant to 21 U.S.C. §§ 841(b)(1)(B), 846. Dkt. No. 275. On February 1, 2017, defendant filed a motion to reduce his sentence based on July 2014 amendments to the sentencing guidelines, which reduced the base offense level for certain drug offenses. Dkt. No. 277. On March 27, 2017, the probation office submitted a sentence reduction investigation report stating that defendant was not eligible for a reduction in his sentence, because "the Court already considered the drug guideline reduction at the time of sentencing . . . ." *Id.* The government agreed. *See id.* The Court then denied defendant's motion to reduce his sentence, "since the reduced guidelines were already taken into account at the time of sentencing . . . ." Dkt. No. 280.

Now before the Court is defendant's substantively identical motion to reduce his sentence. Dkt. No. 281. Defendant once again seeks to have his sentence reduced pursuant to 18 U.S.C. § 3582 and U.S. Sentencing Guidelines Amendment 782. *See id.* Because defendant's motion raises no new issues of law or fact, the Court will not seek guidance from probation or the government in this instance. Based on defendant's account, he has been a model prisoner and is treating his incarceration as an opportunity to better himself; this is very commendable and the Court supports Mr. Guzman Gonzalez in these efforts. Unfortunately, however, Mr. Guzman Gonzalez is simply not entitled to a reduction of his sentence under 18 U.S.C. § 3582(c)(2). The

Guidelines Amendment that defendant relies upon took effect long before defendant was sentenced, and was taken into account in his August 2016 sentencing. For the same reasons stated in the Court's April 4, 2017 order denying defendant's motion to reduce his sentence, Dkt. No. 280, the Court hereby DENIES defendant's second motion to reduce his sentence.

This order resolves Dkt. No. 281.

**IT IS SO ORDERED**.

Dated: May 25, 2017

SUSAN ILLSTON
United States District Judge